Approved:

Date: 2/15/2017

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DENNIS TOOLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16-cv-00943-SEB-MPB |
| | ) |
| GREENWOOD PLACE, LP | ) |
| An Indiana Limited Partnership, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: February 13, 2017

Respectfully Submitted,                    Respectfully Submitted,

*/s/ Louis I. Mussman*                     */s/ Erin T. Escoffery*
Louis I. Mussman                           Erin T. Escoffery, #31960-29
Bar No. 597155                             Taft Stettinius & Hollister LLP
Ku & Mussman, P.A.                         One Indiana Square, Suite 3500
6001 NW 153rd Street, Suite 100            Indianapolis, IN 46204-2023
Miami Lakes, FL 33014                      (317) 713-3500 – phone
Phone: (305) 891-1322                      (317) 713-3699 – fax
Fax: (305) 891-4512                        eescoffery@taftlaw.com
Email: Louis@KuMussman.com

and

1

and

| | |
|---|---|
| Eric C. Bohnet, Esq.<br>Attorney No. 24761-84<br>Attorney at Law<br>6617 Southern Cross Drive<br>Indianapolis, Indiana   46237<br>Tel: (317) 750-8503<br>ebohnet@gmail.com<br><br>*Attorneys for Plaintiff* | Blake J. Burgan (#18350-49)<br>Taft Stettinius & Hollister LLP<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023<br>(317) 713-3500 – phone<br>(317) 713-3699 – fax<br>bburgan@taftlaw.com<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Blake J. Burgan
Erin T. Escoffery
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023


By:  */s/ Louis I. Mussman*
      Louis I. Mussman, Esq.